```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 45640
   JAMES L CRYER
   CYNTHIA A CRYER                         CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1585    SSN XXX-XX-3028
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/07/05 and confirmed on 02/09/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 25640.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE FSB | CURRENT MORTG | .00 | .00 | .00 |
| FIRST AMERICAN BANK | SECURED | .00 | .00 | .00 |
| HINSDALE BANK & TRUST | UNSECURED | 3133.00 | .00 | 1629.16 |
| BECKET & LEE LLP | UNSECURED | 9353.14 | .00 | 4863.63 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| BRANDON CRYER | UNSECURED | 500.00 | .00 | 260.00 |
| CAPITAL ONE BANK | UNSECURED | 466.70 | .00 | 242.68 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CREIGHTON UNIVERSITY MED | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2953.65 | .00 | 1535.90 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 731.17 | .00 | 380.21 |
| GE MONEY BANK | UNSECURED | 69.97 | .00 | 36.38 |
| JOLIET MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 225.78 | .00 | 117.41 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4610.82 | .00 | 2397.63 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SAMANTHA CRYER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3419.75 | .00 | 1778.27 |
| TERESA PAGE | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 590.30 | .00 | 306.96 |
| FORD MOTOR CREDIT CO | UNSECURED | 17475.62 | .00 | 9087.32 |

Summary of disbursements:

```
                      SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00     43529.90          .00     43529.90
PRINCIPAL PAID            .00          .00     22635.55          .00     22635.55
INTEREST PAID             .00          .00          .00          .00          .00
TOTAL PAID                .00          .00     22635.55          .00     22635.55
```

The Debtor's attorney, CHARLES R WOLF & ASSOC          , was allowed $    2200.00
and was paid $     500.00   direct and $    1700.00   through the plan.

The Trustee received $    1235.37 .

Refunds to the Debtor totaled $      69.08 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE